# Exhibit C

| | |
|---|---|
| **From:** | noreply@ains.com |
| **To:** | FOIA General Mailbox |
| **Subject:** | Request Received by DOI FOIA Office |
| **Date:** | Thursday, July 18, 2024 12:35:50 PM |

Dear Tiffany Hollis,

Department of the Interior has received your Freedom of Information Act (FOIA) request and assigned it control number DOI-NPS-2024-001301. Please cite this number in any future communications with our office regarding your request.

HRDC is seeking records of all FOIA litigation against the U.S. Park Police and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1.   Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the U.S. Park Police and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 10, 2014 to the present:
• The name of all parties involved;
• The case or claim number;
• The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
• The date of resolution;
• The amount of money involved in the resolution and to whom it was paid,

2.   For each case or claim detailed above:
• The complaint or claim form and any amended versions;
• The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.
 (Date Range for Record Search: From 07/18/2014 To 07/18/2024)

The message is being sent from an unattended email box. For any future correspondence please reach the bureau contact at https://url.us.m.mimecastprotect.com/s/JGUCCrkgB6C2vKLu7xY3A?domain=doi.gov.

Regards,
DOI FOIA Office