# Exhibit D

| | |
|---|---|
| **From:** | noreply@ains.com |
| **To:** | FOIA General Mailbox |
| **Subject:** | Status Update for Request #DOI-NPS-2024-001301 |
| **Date:** | Thursday, July 18, 2024 12:35:58 PM |

Dear Tiffany Hollis,

The status of your NPS-USPP FOIA request #DOI-NPS-2024-001301 has been updated to the following status 'Received'. To log into the PAL Application click on the Application URL below.

https://foiaxpresspal.doi.gov

The message is being sent from an unattended email box. For any future correspondence, please contact the bureau contact at https://www.doi.gov/foia/contacts.

Sincerely,

DOI FOIA Office