UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>           Plaintiff,<br><br>    v.<br><br>UNITED STATES PARK POLICE,<br><br>           Defendant. | Civil Action No. 25-4017 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated December 22, 2026, Defendant United States Park Police ("Defendant" or "Park Police") and Plaintiff Human Rights Defense Center, by and through undersigned counsel, hereby submit this initial joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. <u>Background</u>: This case involves a FOIA request submitted to Defendant on July 18, 2024, seeking records from the ten years preceding the request concerning all FOIA litigation against Defendant in which the agency paid $1,000 or more to resolve claims, including the complaints and settlement or judgment documents. *See generally* ECF No. 1. Plaintiff filed suit on November 18, 2025. *See id*. Defendant answered on December 19, 2025. *See* ECF No. 5.

2. <u>Status of Plaintiff's FOIA request</u>: Defendant has located one matter where Park Police was a direct defendant, and three matters where Park Police was not a direct defendant but where the FOIA request was directed to, or handled by, Park Police. Defendant is currently reviewing the complaints and settlement agreements in those cases.

3. <u>Anticipated number of documents responsive to Plaintiff's FOIA request</u>: Defendant anticipates there are approximately 10 documents responsive to Plaintiff's request.

4. *Anticipated date(s) for release of those documents:* Defendant anticipates making a final production to Plaintiff by the end of this week.

5. *Open America Stay:* Defendant does not intend to seek an *Open America* stay in this matter.

6. *Vaughn Index and Dispositive Motions:* The parties believe that summary judgment briefing and filing of a *Vaughn* index are premature at this time.

7. Once Defendant releases all nonexempt responsive records, the parties will confer and attempt to narrow or resolve any substantive issues of disagreement.

8. *Proposed Next Steps:* Considering the above, the parties propose filing another joint status report in approximately 90 days, on or before April 13, 2026.

Dated: January 12, 2026　　　　　　　　　　　　Respectfully submitted,
　　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

/s/ James M. Slater　　　　　　　　　　　　By:　/s/ Benjamin H. Zieman
James M. Slater (DC Bar # 1044374)　　　　　　Benjamin H. Zieman
Slater Legal PLLC　　　　　　　　　　　　　　Assistant United States Attorney
2296 Henderson Mill Rd. N.E. # 116　　　　　　601 D Street N.W.
Atlanta, GA 30345　　　　　　　　　　　　　　Washington, D.C. 20530
james@slater.legal　　　　　　　　　　　　　　202-252-2540
404-458-7283

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*

*Counsel for the Plaintiff*