UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

UNITED STATES PARK POLICE,

Defendant.

Civil Action No. 25-4017 (ACR)

## JOINT STATUS REPORT

Defendant United States Park Police ("Defendant" or "Park Police") and Plaintiff Human Rights Defense Center, by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

The parties previously reported that Defendant had located and was reviewing approximately 10 documents responsive to Plaintiff's FOIA request. *See* ECF No. 6. The parties now report that Defendant has completed its production of responsive documents and that this case is settled. The parties are currently resolving the terms of the settlement and require additional time to do so. Accordingly, the parties propose filing another joint status report in approximately 30 days, on or before May 13, 2026, to allow the parties to finalize the settlement terms.

Dated: April 13, 2026
        Washington, D.C.

/s/ James M. Slater
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. # 116
Atlanta, GA 30345
james@slater.legal
404-458-7283

*Counsel for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    /s/ Benjamin H. Zieman
       Benjamin H. Zieman
       Assistant United States Attorney
       601 D Street N.W.
       Washington, D.C. 20530
       202-252-2540

*Attorneys for the United States of America*

1