UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

UNITED STATES PARK POLICE,

Defendant.

Civil Action No. 25-4017 (ACR)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Benjamin H. Zieman
      Benjamin H. Zieman
      Assistant United States Attorney
      601 D Street N.W.
      Washington, D.C. 20530
      202-252-2540
      benjamin.zieman@usdoj.gov

/By Permission/ James M. Slater
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. # 116
Atlanta, GA 30345
james@slater.legal
404-458-7283

*Counsel for the Plaintiff*

*Attorneys for the United States of America*